IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00723–WJM–KMT

WILLOW GROVE, LTD.,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered company,
FEDERAL HOUSING FINANCE AGENCY, an agency of the federal government, and
BULLS CAPITAL PARTNERS, LLC and its successor in interest PILLAR MULTIFAMILY, LLC, a Delaware company,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion to Withdraw as Counsel" (Doc. No. 26, filed May 29, 2013). Being otherwise fully advised, it is hereby ORDERED that the Motion (Doc. No. 26) is GRANTED. Attorney Joel W. Kiesey is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Kiesey from the electronic certificate of mailing.

Dated: May 29, 2013