**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00723-WJM-BNB

WILLOW GROVE, LTD.,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a federally chartered company, FEDERAL HOUSING FINANCE AGENCY, an agency of the federal government, and BULLS CAPITAL PARTNERS, LLC, and its successor in interest, PILLAR MULTIFAMILY, LLC, a Delaware company,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in this case, and the Order Granting Defendants' Motions to Dismiss entered by the Honorable William J. Martínez, United States District Judge, on December 31, 2013,

IT IS ORDERED that

1. Defendant Pillar's Motion to Dismiss (ECF No. 14) is GRANTED, and the claims asserted against Pillar are DISMISSED WITH PREJUDICE;

2. Defendants Federal National Mortgage Association and the Federal Housing Finance Agency's Motion (ECF No. 15) is GRANTED, and the claims asserted against the Government are DISMISSED WITH PREJUDICE;

3. Although Bulls Capital is listed as a Defendant in this case, Pillar purchased all of Bulls Capital's assets and is the sole remaining legal

      entity. All of Plaintiff's claims are against Pillar, as successor in interest to Bulls Capital. Therefore, the claims against Bulls Capital are also DISMISSED WITH PREJUDICE;

4. Final Judgment is entered for Defendants and the action and complaint are dismissed.

5. Defendants are awarded costs upon the filing of a Bill of Costs with the Clerk of Court within fourteen days' entry of Final Judgment.

Dated at Denver, Colorado this 2nd day of January, 2014.

                        BY THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: ___s/Nel Steffens___
                        Nel Steffens, Deputy Clerk